# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LORENA VERA, | § | |
| Plaintiffs, | § | |
| | § | CASE NO. 4:07cv124 |
| v. | § | |
| | § | |
| CITY OF ALLEN, ET AL. | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 18, 2008, the report of the Magistrate Judge was entered, and on September 12, 2008, a supplemental report of the Magistrate Judge was entered. Both reports contained proposed findings of fact and recommendations that Defendants Ruatta, Gilmore, and Wigzell's Motion for Summary Judgment Based on Their Immunity (Dkt. 28) be DENIED.

The Court, having made a *de novo* review of the objections raised by Defendants to both the report and supplemental report (Dkts. 54 & 59), is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court, and Defendants Ruatta, Gilmore, and Wigzell's Motion for Summary Judgment Based on Their Immunity (Dkt. 28) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this 29th day of September, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE